IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES CROSS,

    Petitioner,

v.                               CASE NO. 4:06cv460-RH/WCS

WALTER A. McNEIL,

    Respondent.

_____/

**ORDER DENYING PETITION**

This matter is before the court on the report and recommendation (document 39) and the objections (document 40). On matters raised by the objections, I have applied *de novo* the standards applicable to petitions under 28 U.S.C. § 2254, without giving deference to the report and recommendation. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating:

> The petition challenging the conviction in case number 02-CF-3364 in the Circuit Court, Second Judicial Circuit, Leon County, Florida, for burglary of an occupied dwelling, attempted sexual battery, battery,

and resisting an officer without violence is DENIED with prejudice.

The clerk must close the file.

SO ORDERED on August 6, 2008.

s/Robert L. Hinkle<br>Chief United States District Judge

*Case No: 4:06cv460-RH/WCS*